| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | **Duane Morris®**<br><br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE<br>OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

October 26, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten: Please submit proposed hourly rate, proposed number of hours and brief resume.*

*SO ORDERED*
*[signature] USDJ*
*10-27-21]*

Re:   **United States v. Raul Silva, No. 20-cr-00120 (PKC)**

Dear Judge Castel:

We are the attorneys for Raul Silva. I write to request permission to staff one of my associates, Arletta Bussiere, on this case to bill for her time and to put in an appearance on Mr. Silva's behalf. Ms. Bussiere has been assisting with this case since September 9, 2021. Ms. Bussiere has significant trial experience, and I expect that her involvement will substantially assist in providing our best defense to Mr. Silva in the most cost-effective manner.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc:   All Counsel of Record (Via ECF)

**SO ORDERED**   _____
                 Honorable P. Kevin Castel, U.S.D.J.