| | | |
|---|---|---|
| NEW YORK | # DuaneMorris® | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

October 26, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: **United States v. Raul Silva, No. 20-cr-00120 (PKC)**

Dear Judge Castel:

We are the attorneys for Raul Silva. I write to request permission to submit interim CJA vouchers in connection with Mr. Silva's representation. My associate, Arletta Bussiere, and I have already incurred meaningful attorney fees in connection with our work to date. It would be extremely helpful should I be allowed to submit interim CJA vouchers when the accrued amount is greater than Five Thousand Dollars ($5,000), in accordance with the CJA eVoucher Attorney's Manual.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

            Respectfully submitted,

            /s/ Eric R. Breslin

            Eric R. Breslin

cc: All Counsel of Record (Via ECF)

*Application granted.*
*10-27-21*

**SO ORDERED** _____
       Honorable P. Kevin Castel, U.S.D.J.

---

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*    GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800  PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429