# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

| | |
|---|---|
| NEW YORK | SHANGHAI |
| LONDON | ATLANTA |
| SINGAPORE | BALTIMORE |
| PHILADELPHIA | WILMINGTON |
| CHICAGO | MIAMI |
| WASHINGTON, DC | BOCA RATON |
| SAN FRANCISCO | PITTSBURGH |
| SILICON VALLEY | NEWARK |
| SAN DIEGO | LAS VEGAS |
| LOS ANGELES | CHERRY HILL |
| TAIWAN | LAKE TAHOE |
| BOSTON | MYANMAR |
| HOUSTON | OMAN |
| AUSTIN | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | *OF DUANE MORRIS* |
| HO CHI MINH CITY | |
| | ALLIANCES IN MEXICO |
| | AND SRI LANKA |

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

www.duanemorris.com

October 27, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>United States v. Raul Silva, No. 20-cr-00120 (PKC)</u>

Dear Judge Castel:

    In accordance with Your Honor's October 27, 2021 Order (ECF 19), the proposed hourly rate for my associate, Arletta Bussiere's, time is $90 an hour, and we seek approval for her to work up to 275 hours should Raul Silva's case go to trial. Ms. Bussiere has already assisted with evidence collection and review, client meetings, and overall strategy. I anticipate that she will also assist with ongoing discovery, legal research and brief writing, as well as preparing for and participating in any Court proceedings.

    For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc: All Counsel of Record (Via ECF)

*[Handwritten: Ms. Bussiere is approved for up to 100 hours at $90 per hour]*

**SO ORDERED** _____
Honorable P. Kevin Castel, U.S.D.J.
*[Handwritten: 10-28-21]*

---

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                               GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800       PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429