UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA,

20-cr-120 (PKC)

-against-                                        ORDER

RAUL SILVA,
ROGER BRYANT,

Defendants.
--------------------------------------------------------------x

CASTEL, U.S.D.J.

The time for the conference scheduled for November 23, 2021 is moved from

10:30 AM to 11:00 AM.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        November 19, 2021