

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2022

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Raul Silva, a/k/a "Antonio Colon," and Roger Bryant, 20 Cr. 120

Dear Judge Castel:

A status conference is scheduled in the above-captioned case for April 12, 2022 at 12 p.m. The Government writes to respectfully request that defendant Roger Bryant and his counsel be excused from appearing at the conference and that the Court schedule a change-of-plea conference for May 18, 2022 at 3 p.m., at which the parties expect defendant Bryant to seek to enter a plea of guilty pursuant to an agreement with the Government. The Government further requests that the Court exclude time under the Speedy Trial Act as to defendant Bryant to permit the defense sufficient time to advise the defendant regarding pre-trial resolution of this matter, and for the Court to arrange for and hold a change-of-plea conference. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with counsel for defendant Bryant, Ian Marcus Amelkin, Esq., who has consented to the above requests.

> Application granted.  Change-of-plea conference for Roger Bryant is scheduled on May 18, 2022 at 3:00 p.m. in Courtroom 11D.  Time is excluded under the speedy trial act until May 18, 2022 for the reasons set forth in the government letter dated April 5, 2022.
> SO ORDERED.
> Dated:  4/5/2022
>
> _____
> P. Kevin Castel
> United States District Judge

<u>To be clear, the Government is not requesting that the April 12, 2022 conference be adjourned as to co-defendant Raul Silva, a/k/a "Antonio Colon."</u> The Government and counsel for defendant Silva are prepared to proceed at that status conference.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

By: _____
       Brett M. Kalikow
       Assistant United States Attorney
       (212) 637-2220

cc:    Ian Marcus Amelkin, Esq. (via ECF)