UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                     20 CR 120-01 (PKC)

   -against-                 ORDER

RAUL SILVA,

       Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

  Upon the application of the government, consented to by defense counsel, government submissions are due August 5, 2022, defense pretrial submissions are due August 19, 2022. Final pretrial conference is adjourned from July 13, 2022 to September 20, 2022 at 12:00 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue plea negotiations. Accordingly, the time between today and September 20, 2022 is excluded.

  SO ORDERED.

                          P. Kevin Castel
                         United States District Judge

Dated: New York, New York
    June 2, 2022