**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2022

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Raul Silva, a/k/a "Antonio Colon," and Roger Bryant, 20 Cr. 120 (PKC)

Dear Judge Castel:

I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   All Counsel of Record (via ECF)

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

7-14-22