U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2022

**BY ECF**

Application GRANTED.
SO ORDERED.
Dated: 8/31/2022

_____
P. Kevin Castel
United States District Judge

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. Raul Silva*, 20 Cr. 120 (PKC)

Dear Judge Castel:

The parties respectfully write concerning scheduling in the above-reference matter.

The Government's present deadline to file pretrial submissions is September 2, 2022, and the defense's present deadline is September 16, 2022. The parties are engaged in ongoing discussions concerning a potential pretrial resolution of this matter, however, and respectfully seek additional time to continue those discussions before the upcoming filing deadlines. To that end, the parties jointly request that their respective deadlines be adjourned two weeks – making the Government's deadline September 16, 2022, and the defense's deadline September 30, 2022 – leaving the October 12, 2022 final pretrial conference in place as is.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc:   Eric R. Breslin, Esq.