**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2022

**BY ECF**

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
9-15-22

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. Raul Silva*, 20 Cr. 120 (PKC)

Dear Judge Castel:

The parties respectfully write concerning scheduling in the above-reference matter.

On August 31, 2022, based on the parties' ongoing discussions regarding a potential pretrial resolution of this matter, the Court granted the parties' joint request to adjourn their respective deadlines for pretrial submissions by two weeks – making the Government's deadline September 16, 2022, and the defense's deadline September 30, 2022. The parties' discussions continue, and we again seek additional time to continue those discussions before the upcoming filing deadlines. To that end, the parties jointly request that the Government's present deadline be adjourned by two weeks to September 30, 2022, and that the defense's present deadline be adjourned by one week to October 7, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc:   Eric R. Breslin, Esq.