

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

September 27, 2022

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:     <u>United States v. Raul Silva, No. 20-cr-00120 (PKC)</u>

Dear Judge Castel:

      We are the attorneys for Raul Silva. Mr. Silva respectfully writes concerning scheduling, and the government joins with this request. On September 15, 2022, the Court granted the parties' joint request to adjourn their respective deadlines for pretrial submissions by two weeks- making the government's deadline September 30, 2022, and the Defense's deadline October 7, 2022.

      The parties are still engaged in productive ongoing discussions regarding a potential pretrial resolution. Also, my associate, Arletta Bussiere, and I are currently on trial before Hon. John Michael Vazquez in the District of New Jersey for a case that Judge Vazquez estimates will last another five weeks. It has thus been difficult for us to see Mr. Silva in jail. The Jewish holidays have been an additional complication.

      Accordingly, the parties again seek additional time to continue their discussions before the upcoming filing deadlines, and jointly request that the government's present deadline be adjourned by two weeks to October 14, 2022, and that the defense's present deadline be adjourned by two weeks to October 21, 2022.

      For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                       GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800          PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

Honorable P. Kevin Castel
September 27, 2022
Page 2

**Duane Morris**

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

Government pretrial submissions adjourned to October 14, 2022, defense submissions due October 21, 2022.  The final pretrial conference is adjourned from October 12, 2022 to November 9, 2022 at 2:30 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to accomodate defense counsel's schedule.  Accordingly, the time between today and November 9, 2022 is excluded.

SO ORDERED.
Dated:  9/27/2022

_____
P. Kevin Castel
United States District Judge