

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2022

**BY ECF**

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

11-10-22

Re:   *United States v. Raul Silva*, 20 Cr. 120 (PKC)

Dear Judge Castel:

The Government respectfully writes concerning scheduling in the above-reference matter.

On October 17, 2022, the Court granted the parties' request – in light of their continued discussions regarding a potential pretrial resolution – to adjourn their respective deadlines for pretrial submissions to November 11, 2022 for the Government and November 18, 2022 for the defense. The Court also adjourned the final pretrial conference in this matter to December 6, 2022. The parties now anticipate moving forward with pretrial submissions rather than continued plea discussions, but the Government respectfully requests, with the defendant's consent, a brief adjournment of its deadline to November 18, 2022, and a brief corresponding adjournment of the defense's deadline to November 28, 2022. OK

The defense also wishes to inquire whether the Court would be amenable to rescheduling the final pretrial conference in this matter to the afternoon of December 5, 2022, rather than December 6, 2022. If so, the defense respectfully requests, with the Government's consent, to reschedule the conference to that date. If not, the parties are available to proceed with the final pretrial conference on December 6, 2022, as scheduled.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc:   Eric R. Breslin, Esq.