# Duane Morris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

*[Handwritten: Ms. Bussiere is approved for an additional 30 hours at $90 per hour nunc pro tunc to May 13, 2022. SO ORDERED /s/ PKC USDJ 11-22-22]*

November 21, 2022

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>United States v. Raul Silva, No. 20-cr-00120 (PKC)</u>

Dear Judge Castel:

We are the attorneys for Raul Silva. On October 28, 2021, your Honor issued an Order permitting my associate, Arletta Bussiere, to bill for up to 100 hours at $90 per hour for her work on Mr. Silva's case. (ECF 22). Due the large amount of ongoing discovery from the government, the complexity and seriousness of a drug-related death charge, and the extended negotiations with the government (caused by Mr. Silva's co-defendant pleading guilty and the original AUSA leaving the case), Ms. Bussiere reached 100 hours on May 13, 2022. She has since contributed over 30 hours to Mr. Silva's case, assisting with additional discovery review, legal research and writing, client meetings, and trial preparation. I anticipate that Ms. Bussiere will provide significant assistance with preparing for and participating in Mr. Silva's upcoming trial. Accordingly, I write to request approval for Ms. Bussiere to bill up to an additional 250 hours for her past and future work on this case.

For the Court's convenience, we have included a "So Ordered Nunc Pro Tunc" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

---

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                          DAVID A. SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                    PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable P. Kevin Castel
November 21, 2022
Page 2

cc: All Counsel of Record (Via ECF)

**SO ORDERED NUNC PRO TUNC** _____

Honorable P. Kevin Castel, U.S.D.J.