UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          20-cr-120 (PKC)

        -against-                                         ORDER

RAUL SILVA,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of the action will commence on April 24, 2023 at 10 a.m. in Courtroom 11D. The Final Pre-Trial Conference remains scheduled for April 13, 2023 at 2pm.

        SO ORDERED.

                                                        P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       January 10, 2023