| | | |
|---|---|---|
| NEW YORK | # DuaneMorris® | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

March 9, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     **United States v. Raul Silva, No. 20-cr-00120 (PKC)**

Dear Judge Castel:

We are the attorneys for Raul Silva. We write on an issue of scheduling.

Trial in this matter is scheduled to begin on April 24, 2023. If possible, I need to ask the Court to consider a one-week adjournment to May 1st to permit me to attend an out of state wedding obligation. The government consents to this request with the proviso that the Court can accommodate the May 1st date. That is the defense's position as well. If the May 1st date will not fit within the Court's schedule, we request that the April 24th date stay in place.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED** _____
Honorable P. Kevin Castel, U.S.D.J.

[Handwritten order by Judge Castel:]
Trial is adjourned from April 24 to May 2, 2023 at 10 a.m. I find that the ends of justice will be served by granting a continuance to May 2 and that the need for a continuance outweighs the best interest of the public and the defendant. The reasons for my finding is that the time is needed to accommodate a personal obligation of defense counsel. Accordingly, the time is excluded under the STA until May 2, 2023.
SO ORDERED
/s/ [signature] USDJ
3-9-23

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*          GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800          PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429