

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2023

**BY ECF**

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Raul Silva*, 20 Cr. 120 (PKC)

Dear Judge Castel:

    The Government respectfully requests to file a brief reply to the defendant's responses to the Government's motions *in limine*. (ECF No. 95.) During the conference on December 6, 2022, the Court set the following schedule for the parties' motions *in limine*:

- The Government's motions were due February 17, 2023[1];

- The defendant's responses to the Government's motions, and any affirmative defense motions, were due March 14, 2023; and

- The Government's responses are due March 28, 2023.

    The Government's understanding is that under the Court's schedule, the Government is permitted by March 28, 2023, to respond the defendant's affirmative motions *in limine*, but not to reply to the defendant's responses to the Government's motions *in limine*. Certain portions of the defendant's responses to the Government's motions, however, misunderstood and/or mischaracterized the record and/or the scope of those motions. As a result, the Government respectfully requests permission, in connection with its forthcoming submission, to briefly reply to the defendant's responses to two of the Government's motions *in limine*—namely, the motions to introduce (i) certain of the defendant's prior convictions and (ii) certain co-conspirator statements—to clarify the record and the scope of the Government's original motions.

*Application Granted.*
*[signed] /s/ P. Kevin Castel USDJ*
*3-28-23*

---

[1] This deadline was subsequently adjourned to February 24, 2023.

March 27, 2023
Page 2

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

By:         /s/
                                      Jonathan L. Bodansky
                                      Matthew Weinberg
                                      Aline R. Flodr
                                      Assistant United States Attorneys
                                      (212) 637-2385 / -2386 / -1110

cc:      Eric R. Breslin, Esq.