UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : 20-cr-120 (PKC) |
| vs. | : |
| RAUL SILVA, | : |
| Defendant. | : |

### [PROPOSED] ORDER

Upon the request of defendant Raul Silva, by his counsel Eric R. Breslin, Esq., and with good cause shown, it is hereby

**ORDERED** that the Essex County Department of Corrections, the Essex County Correctional Center—Newark, NJ and the United States Marshals Service, accept the following clothing for Mr. Raul Silva, to wear for appearances at trial commencing on May 2, 2023, and continuing thereafter:

1. two ties;
2. three button-down shirts;
3. three undershirts;
4. one belt;
5. two pairs of slacks;
6. four pairs of socks; and
7. one pair of shoes.

**IT IS SO ORDERED.**

Dated: New York, New York
April 21, 2023

_____
P. Kevin Castel
United States District Judge