UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,  :
: ORDER
-against-  :
: 20 CR 120 (PKC)
RAUL SILVA,  :
:
Defendants.  :
------------------------------------------------------x

P. Kevin Castel, U.S.D.J.

The application of Eric R. Breslin to withdraw is hereby GRANTED. Donald J. Yannella, a member of the CJA panel, is appointed to represent the defendant.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 26, 2023