# Duane Morris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

*www.duanemorris.com*

May 9, 2023

Application Granted.

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

5-9-23

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     **United States v. Raul Silva, No. 20-cr-00120 (PKC)**

Dear Judge Castel:

We are former counsel for Raul Silva.  During the April 26, 2023, hearing, Your Honor ordered that I submit a response addressing Mr. Silva's April 17, 2023, submission (ECF 103), to Mr. Silva's newly appointed counsel, Donald Yanella, on May 10, 2023, before filing it with the Court on May 17, 2023.  Due to conflicting obligations, including a sentencing submission due tomorrow for a District of New Jersey case before Judge Vazquez, I write to request a one-week adjournment of these deadlines.  Mr. Yanella consents to this request.  The new deadline for submission to Mr. Yanella would be May 17, 2023, and the deadline for filing with the Court would be May 24, 2023.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.  Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

Honorable P. Kevin Castel
May 9, 2023
Page 2

DuaneMorris

**SO ORDERED** _____

Honorable P. Kevin Castel, U.S.D.J.