| | | |
|---|---|---|
| NEW YORK | # Duane Morris® | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ARLETTA K. SINGH | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 1887 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 937 1939 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ABussiere@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

September 18, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Application GRANTED. SO ORDERED*
*/s/ P. Kevin Castel, USDJ*
*9-18-23*

Re:   United States v. Raul Silva, No. 20-cr-00120 (PKC)

Dear Judge Castel:

I write to request permission to withdraw as associate counsel for Raul Silva. On April 27, 2023, the Court granted former lead CJA counsel, Eric R. Breslin's, request to withdraw and appointed new lead counsel, Donald Yanella. (ECF 109). Mr. Breslin is a partner, and I am an associate, at Duane Morris LLP. I was appointed specifically to assist Mr. Breslin, and following his withdrawal, I am no longer able to represent Mr. Silva. Mr. Yanella has already staffed new associate counsel Alex S. Hout to aid with Mr. Silva's case. (ECF 115).

For the Court's convenience, I have included a "So Ordered" line should the Court grant this request. Thank you for your consideration.

Respectfully submitted,

/s/ Arletta K. Singh

Arletta K. Singh

cc:   All Counsel of Record (Via ECF)

**SO ORDERED** _____
Honorable P. Kevin Castel, U.S.D.J.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020