UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA            ORDER

         v.            20 Cr. 120 (PKC)

RAUL SILVA

         Defendant
------------------------------------------------------------X

     Upon the application of Raul Silva, by his attorney, Donald Yannella, it is hereby Ordered that the United States Marshal Service is directed to accept the following clothing for Raul Silva, who is currently detained at the Essex County Jail under USMS 60864-509, to wear at his trial, commencing with jury selection on Monday, October 23, 2023, and continuing for two weeks until completion:

- 2 pairs of pants.
- 1 suit jacket.
- 3 collared shirts
- 2 sweaters
- 1 belt
- 1 pair of shoes

Dated:     October 18, 2023
              New York, New York

                                         So Ordered

                                         Hon. P. Kevin Castel
                                         United States District Judge