

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 6, 2024

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Fatico hearing is set for June 26 at 4:00 p.m. and, if needed, will continue on June 27 at 4:00 p.m. Control date of sentencing is adjourned to September 25, 2024 at 11:00 a.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 5/9/2024
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Raul Silva*, 20 Cr. 120 (**PKC**)

Dear Judge Castel:

The parties write concerning scheduling in the above-referenced case.

First, the parties respectfully request that the Court schedule the continuation of the *Fatico* hearing in this case for June 26 and June 27, 2024, which the parties understand to be convenient dates for the Court.

Second, the parties respectfully request that the Court adjourn the sentencing control date in this case, which was previously adjourned to April 25, 2024, to September 25, 2024, which the parties understand also to be a convenient date for the Court.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

By:     /s/
     Jonathan L. Bodansky
     Matthew Weinberg
     Assistant United States Attorneys
     (212) 637-2385 / -2386

cc:   Donald Yannella, Esq.
      Alex Stephen Huot, Esq.