UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                                       :         ORDER
            -against-                             :
                                                       :         20 CR 120 (PKC)
RAUL SILVA,                                  :
                                                       :
            Defendants.                      :
------------------------------------------------------x

P. Kevin Castel, U.S.D.J.

The continuation of the Fatico Hearing is being adjourned from July 17, 2024 to August 1, 2024 at 2:00 p.m. in Courtroom 11D.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 11, 2024