

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 24, 2024

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing control date is adjourned from September 25, 2024 to January 9, 2025 at 2:00 p.m.
SO ORDERED.
Dated: 9/25/2024

_____
P. Kevin Castel
United States District Judge

Re:   *United States v. Raul Silva*, 20 Cr. 120 (PKC)

Dear Judge Castel:

The Government respectfully writes to request an approximately 60-day adjournment of sentencing in the above-referenced matter. The Court previously set a sentencing control date of September 25, 2024. In light of the pending *Fatico* hearing in this case, however, which is scheduled to continue on October 17, 2024, the Government respectfully requests that sentencing be adjourned approximately 60 days, to a date after the *Fatico* hearing is anticipated to conclude.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Jonathan L. Bodansky
Matthew Weinberg
Assistant United States Attorneys
(212) 637-2385 / -2386

cc:   Donald Yannella, Esq.
       Alex Stephen Huot, Esq.