

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 19, 2024

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.
SO ORDERED
/s/ PKC 11-20-24

Re:   *United States v. Raul Silva*, **20 Cr. 120 (PKC)**

Dear Judge Castel:

The Government respectfully writes to request, with the consent of the defendant, a brief adjournment of its deadline to submit its post-*Fatico* hearing brief in the above-referenced matter. Currently, the Government's brief is due Friday, November 22, 2024; the defense brief is due Friday, December 13, 2024; the Government's reply is due Wednesday, January 8, 2025; sentencing submissions are due Wednesday, February 5, 2024; and sentencing is set for Wednesday, February 19, 2025. The Government respectfully requests that its Friday, November 22, 2024 deadline be adjourned to Monday, November 25, 2024, and that the defense's December Friday, 13, 2024 deadline be similarly adjourned to Monday, December 16, 2024, leaving all other deadlines, including the Government's deadline to file any post-hearing reply, unchanged.

OK

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Jonathan L. Bodansky
Matthew Weinberg
Assistant United States Attorneys
(212) 637-2385 / -2386

cc:   Donald Yannella, Esq.
      Alex Stephen Huot, Esq.